WA/WD PTS-Warrant
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Defendant Under Pretrial Services Supervision

**Date of Report:** 07/17/2024
**Name of Defendant:** Roderick Hisola Whitt          **Case Number:** 2:24CR00034
**Name of Judicial Officer:** The Honorable Brian A. Tsuchida, United States Magistrate Judge
**Original Offense:** Counts 1-4: Threats Toward the President of the United States
**Date Supervision Commenced:** 02/22/2024

Bond Conditions Imposed: submit to drug and alcohol testing, travel is restricted to King County, maintain residence, undergo a mental health evaluation, contribute towards costs of services, prohibited from possessing firearms, no contact with the White House, no contact with the U.S. Capitol, no contact with Assistant Special Agent in Charge Trent Heinrichs, and no further threats of physical harm or death towards the President of the United States.

## PETITIONING THE COURT

☒    To issue a warrant under seal

I allege the defendant has violated the following conditions of supervision:

**Nature of Noncompliance**
1. Engaging in criminal conduct, on July 16, 2024, in violation of the appearance bond.

I incorporate by reference the information contained in the attached memorandum.

**United States Probation Officer Recommendation:**
☒    Issue a warrant

☒    Detention pending final adjudication due to:
☒       Risk of nonappearance
☒       Danger to community


I consulted with Assistant United States Attorney Yunah Chun, and she concurs with my recommendation.

The Honorable Brian A. Tsuchida, United States Magistrate Judge　　　　　　　　　　　Page 2
Petition for Warrant or Summons for Defendant Under Pretrial Services Supervision　　　7/17/2024

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 17th day of July, 2024.

BY:

_____
Darcell Prescott
United States Probation Officer

_____
Analiese D. Johnson
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND DIRECTS:**

☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Brian A. Tsuchida, United States Magistrate Judge

July 17, 2024
Date