THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-034-KKE |
| Plaintiff, | |
| v. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| RODERICK WHITT, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from February 14, 2025, to February 21, 2025.

DONE this 13th day of February 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Roderick Whitt

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Whitt*, CR24-034-KKE) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100