The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-0034 KKE |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| RODERICK HISOLA WHITT, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Roderick Hisola Whitt. Dkt. No. 63.

It is hereby ORDERED that all pending counts in the above-captioned case against the above-named Defendant are DISMISSED, without prejudice.

DATED: May 19, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Order of Dismissal- 1
*United States v. Whitt,* CR24-034 KKE